**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
NOV 2 1 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                        INDICTMENT NO. 5:24CR-114-KKC-EBA

**JOHN ROBERT ECKLER,**
   aka JAMES ECLER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about August 15, 2022, in Fayette County, in the Eastern District of Kentucky,

**JOHN ROBERT ECKLER,**
**aka JAMES ECLER,**

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 924(c)(1)(A)**

On or about August 15, 2022, in Fayette County, in the Eastern District of Kentucky,

**JOHN ROBERT ECKLER,**
**aka JAMES ECLER,**

knowingly and intentionally possessed a firearm in furtherance of a drug trafficking crime

as charged in Count 1 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **JOHN ROBERT ECKLER, aka JAMES ECLER,** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **JOHN ROBERT ECKLER, aka JAMES ECLER,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **JOHN ROBERT ECKLER, aka JAMES ECLER,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 924. Any and all interest that **JOHN ROBERT ECKLER, aka JAMES ECLER,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
a. Smith & Wesson Model M&P 40, .40 caliber pistol, serial number HRV9423;
b. H&R Model 900, .22 caliber revolver, serial number AE43160;
c. Jennings Model T380, .380 caliber pistol, serial number 1470096;
d. Winchester Model 190, .22 caliber rifle, serial number B1243416;
e. Tanfoglio .22 caliber revolver, serial number A38352;

  f. Galesi Model 6, 6.35 caliber pistol, serial number 420818; and

  g. Assorted ammunition.

  4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 10 years, nor more than life, imprisonment; not more than $10,000,000 fine; and not less than 5 years, nor more than life, supervised release.

**If prior serious drug felony or serious violent felony conviction:** Not less than 15 years, nor more than life imprisonment; not more than $20,000,000 fine; and not less than 10 years, nor more than life, supervised release.

**COUNT 2:** Not less than 5 years, nor more than life, imprisonment, consecutive to any other sentence; not more than a $250,000 fine; and not more than 5 years of supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.